IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN ROSA, EMMA WHITLOCK,
and MELISSA ROSE WHITLOCK,

    Plaintiffs,

v.                                CASE NO. 5:12-cv-174-MW/GRJ

SAFECO INSURANCE COMPANY OF
AMERICA, SAFECO INSURANCE COMPANY
OF ILLINOIS, and INSURANCE ANSWER
CENTER, LLC.,

    Defendants.

_____

## ORDER DIRECTING CLERK TO RESET PRETRIAL CONFERENCE

The Court has considered, without hearing, the Defendants' Motion to Reschedule Pretrial Conference, ECF No. 43, filed February, 2013. The Court **GRANTS** the motion. The Pretrial Conference was inadvertently set when counsel for Defendants is unavailable. The Clerk is directed to reset the pretrial conference prior to July 29, 2013 or after August 10, 2013, inasmuch as counsel is

unavailable from July 29, 2013 to August 10, 2013.

SO ORDERED on February 5, 2013.

s/Mark E. Walker  
United States District Judge