IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN ROSA, et al.,

    Plaintiffs,

v.                                    CASE NO. 5:12-CV-174-MW/GRJ

SAFECO INSURANCE
COMPANY OF AMERICA, et al.,

    Defendants.
_____/

## ORDER CLARIFYING THIS COURT'S ORDER DENYING JOINT MOTION TO CONTINUE TRIAL

On June 25, 2013, Defendants Insurance Answer Center LLC, Safeco Insurance Company of America, and Safeco Insurance Company of Illinois, filed a notice with this Court indicating that Donald Rosa has been subpoenaed to testify at a deposition on July 10, 2013. ECF No. 63. This Court issues this order to clarify its previous Order Denying Joint Motion to Continue Trial, ECF No. 61, entered June 4, 2013.

The parties to this action need to be aware that they may not circumvent the discovery deadline by taking a deposition and calling it a trial deposition or a *de bene esse* deposition. *See Chrysler Intern. Corp. v. Chemaly*, 280 F.3d 1358, 1362 n.8 (2002) (observing that Rule 32 draws no distinction between discovery

1

depositions and *de bene esse* depositions and noting that "parties who delay in taking a needed deposition and who assume that a district court will draw . . . . a distinction, for pretrial scheduling purposes, between different kinds of depositions assume a risk: they cannot count on the trial court's allowing a deposition to be taken closer to the trial date").

Here, the parties were explicitly put on notice by this Court's Order Denying Joint Motion to Continue Trial, ECF No. 61, entered June 4, 2013, that the time for discovery has passed: "Less there be any confusion, **absent further order of this Court**, the time for discovery and dispositive motions has passed." ECF No. 61. (Emphasis added). The purpose of this order is to advise the parties that if wish to take a deposition that they intend to use – either by filing it with this Court or using it at trial – they must have sought – and received – leave from this Court upon a showing of good cause.

SO ORDERED on June 26, 2013.

                                                      s/Mark E. Walker
                                                      United States District Judge